WOOTTON et al. v. JONES. (No. 856.)

(Court of Civil Appeals of Texas. El Paso. May 16, 1918.)

Appeal from District Court, Tom Green County; Jas. Cornell, Special Judge.

Suit by H. A. Wootton and Grace E. Wootton against W. O. Jones. From judgment sustaining general demurrer to a portion of the petition, plaintiffs appeal. Appeal dismissed.

See, also, 189 S. W. 350.

A. L. Brantley and H. S. Garrett, both of San Angelo, for appellants. S. C. Autry, Jos. Spence, Jr., and Blanks, Collins & Jackson, all of San Angelo, for appellee.

HARPER, C. J. The record in the above styled and numbered cause shows that the matters in controversy are the same as in cause No. 855, 204 S. W. 237, opinion this day rendered, but presented under a different number

in the trial court. There is no such final order in the record as is necessary to give this court jurisdiction, but it appears that a final judgment in said No. 855 this day remanded must necessarily determine the questions urged in this.

This appeal is therefore dismissed.

WALTHALL, J., did not sit, being absent on committee of judges assisting the Supreme Court.